CHIEF JUSTICE
JAMES T. WORTHEN



JUSTICES
BRIAN HOYLE
GREG NEELEY

## TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

5/6/2015 10:10:18 AM

CATHY S. LUSK
Clerk

May 5, 2015

Ms. Janet Gates
Cherokee County District Clerk
Courthouse
P. O. Drawer "C"
Rusk, TX 75785
* DELIVERED VIA E-MAIL *

**RE:** Case Number:          12-13-00378-CR
       Trial Court Case Number:  16,984

**Style:** Bernie Ray Lucas
       v.
       The State of Texas

FILED
AT ___ O'CLOCK ___ M.
MAY -6 2015
JANET GATES
CLERK, DISTRICT COURT
CHEROKEE COUNTY, TEXAS
BY _____ DEPUTY

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

C Ms. Rachel L. Patton (DELIVERED VIA E-MAIL)
C Mr. Allen W. Ross (DELIVERED VIA E-MAIL)
:

Mandate executed on __6th__ day of __May__, 2015.

Brief explanation of action taken: _Mandate placed in trial_
_Court file. Notice to Judge_ _____ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us